UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRICE E. LYONS,<br><br>    Plaintiff,<br><br>    v.<br><br>Illinois Central Railroad Company<br><br>    Defendant. | Case No. 23-cr-00517-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Brice E. Lyons' complaint against defendant Illinois Central Railroad Company is **DISMISSED** without prejudice.

DATED: June 22, 2023        MONICA A. STUMP, Clerk of Court
                            s/ Tina Gray, Deputy Clerk


Approved:    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**